UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:23-cv-02556-X |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 173.175.202.234, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR LEAVE TO SERVE A THIRD-PARTY
## SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of David Williamson in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Strike 3"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Spectrum, prior to a Rule 26(f) conference (the "Motion").

Dated: 12/06/2023                              Respectfully submitted,


By:  */s/ Paul S. Beik*_____
     PAUL S. BEIK
     Texas Bar No. 24054444
     BEIK LAW FIRM, PLLC
     917 Franklin Street, Suite 220
     Houston, Texas 77002
     T: 713-869-6975
     F: 713-583-9169
     E-mail: paul@beiklaw.com

     MATTHEW J. KITA
     Texas Bar No. 24050883
     3110 Webb Avenue, Suite 150
     Dallas, TX 75205
     T: (214) 699-1863
     E-mail: matt@mattkita.com

     **ATTORNEYS FOR PLAINTIFF
     STRIKE 3 HOLDINGS, LLC**

### Certificate of Non-Conferral

Because Plaintiff does not at this time know the identity of Doe Defendant, Plaintiff was

unable to confer with Defendant or his or her counsel regarding the present Motion.


                              */s/ Paul S. Beik*_____


**MOTION FOR LEAVE**                                                    **Page 2**