UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STRIKE 3 HOLINGS, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 173.175.202.234,<br><br>   *Defendant*. | Civil Action No. 3:23-CV-2556-X |

### MEMORANDUM OPINION AND ORDER

Plaintiff Strike 3 Holdings, LLC, filed a Motion for Substitute Service. (Doc. 20). Because Plaintiff has been unable to serve Defendant John Doe after multiple attempts, the Court **GRANTS** the motion.

Rule 106(b) of the Texas Rules of Civil Procedure authorizes substitute service of process that is "reasonably effective to give the defendant notice of suit" provided the motion is accompanied by a sworn statement "listing any location where the defendant can probably be found and stating specifically the facts showing that service has been attempted" under 106(a) of the Rules.[1] Plaintiff has satisfied 106(b)'s sworn statement requirement.[2] The Court finds that substitute service will be reasonably effective to give Defendant notice of this lawsuit. Therefore, in accordance with Rule 106(b), the Court authorizes substitute service of process on

---

[1] Tex. R. Civ. P. 106(b)(2).

[2] *See* Doc. 20-2.

1

Defendant by leaving a copy of the citation and petition at Defendant's last known address.

**IT IS SO ORDERED** this 24th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE