**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-02556-X |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 173.175.202.234, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55(a)**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff makes this Request for the Entry of a Clerk's

Default against defendant William Marshall for failing to plead or otherwise defend this action as

required by law.  Attached hereto as Exhibit A is the Declaration of Paul S. Beik in Support of

Plaintiff's Request for Entry of Clerks Default. Attached hereto as Exhibit B is the proposed

Entry of Clerk's Default.

Dated:  September 13, 2024          Respectfully submitted,


By:  */s/ Paul S. Beik*
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
T:  713-869-6975
F:  713-583-9169
E-mail: paul@beiklaw.com

**ATTORNEY FOR PLAINTIFF**