**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-02556-X |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 173.175.202.234, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF PAUL S. BEIK IN SUPPORT OF PLAINTIFF'S**
**REQUEST FOR ENTRY OF CLERKS DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55(a)**

I, Paul S. Beik, declare as follows:

1.    I am over the age of 18 and am otherwise competent to make this declaration. I am an attorney duly licensed and authorized to practice in the State of Texas and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") in the above-titled action.

2.    I make this Declaration in Support of Plaintiff's Request for Entry of Clerk's Default pursuant to Fed. R. Civ. P. 55(a). I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.    I have been informed by our process server that on July 25, 2024, defendant William Marshall ("Defendant") was personally served with a copy of the Summons and First Amended Complaint. On July 26, 2024, the executed Affidavit of Service from the process server was filed with the Court. *See* D.E. 22.

4.    More than twenty-one (21) days have elapsed since the Defendant was served.

5.    Defendant has failed to plead or otherwise defend Plaintiff's claims.

6.    Defendant, on information and belief, is not on active duty in the U.S. Military.

7.    Defendant, on information and belief, is not a minor or an otherwise incompetent person.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 13, 2024          Respectfully submitted,


By:  */s/ Paul S. Beik*
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
T:  713-869-6975
F:  713-583-9169
E-mail: paul@beiklaw.com

**ATTORNEY FOR PLAINTIFF**