**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-02556-X |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 173.175.202.234, | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ENTRY OF CLERK'S DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55(a)**

It appearing that the First Amended Complaint was filed on June 18, 2024; that the summons and Amended Complaint were duly served upon defendant William Marshall on July 25, 2024; and no answers or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, Caleb Skipper, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Date: _____        By:_____
                                                       Deputy Clerk