**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-02556-X |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 173.175.202.234, | § | |
| | § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE**

Paul S. Beik, hereby certifies as follows:

1.      I am an attorney duly licensed and authorized to practice in the State of Texas and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") in the above-titled action.

2.      I hereby certify that on September 13, 2024, I electronically filed Plaintiff's Request for Entry of Clerk's Default pursuant to Fed. R. Civ. P. 55(a), Declaration of Paul S. Beik in Support of Plaintiff's Request for Entry of Default, and the Proposed Entry of Clerk's Default with the Clerk of the Court using the CM/ECF system. As such, participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

3.      I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

**Service List**

William Marshall
111 W. Davis St., Apt. 2627
Dallas, Texas

1

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 13, 2024          Respectfully submitted,


By:  */s/ Paul S. Beik*
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
T:  713-869-6975
F:  713-583-9169
E-mail: paul@beiklaw.com

**ATTORNEY FOR PLAINTIFF**

2