**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-02556-X |
| | § | |
| WILLIAM MARSHALL, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**

PLEASE TAKE NOTICE that Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will and hereby does move for default judgment against defendant William Marshall.  This Motion is based on the following:

1.     On June 18, 2024, Plaintiff filed its First Amended Complaint in this action.

2.     On July 25, 2024, Defendant was served with the Summons and First Amended Complaint.

3.     Defendant has failed to plead or otherwise defend himself against Plaintiff's First Amended Complaint.

4.     On September 13, 2024, the Clerk entered default against the Defendant. Defendant still failed to respond or participate in this matter.

5.     Defendant is not a minor or an otherwise incompetent person.  *See* concurrently-filed Declaration of Paul S. Beik in Support of Motion for Default Judgment Against Defendant ("Beik Decl.").

6.     This Motion is based on the allegations in Plaintiff's Complaint. Because Defendant has not filed a responsive pleading or otherwise responded to Plaintiff's Complaint there are no material facts in dispute, except for damages. *Nishimata Const. Co., Ltd. V. Hous.*

*Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("The defendant, by his default, admits the plaintiff's well-pleaded allegations of fact.").

7.      This Motion is further based on the facts attested to in the Beik Decl.; the Memorandum of Points and Authorities in Support of Motion for Default Judgment filed concurrently herewith; all pleadings and evidence on file in this matter; and such additional evidence or arguments as may be accepted by the Court.  These materials are sufficient to justify the requested relief.

Dated:  January 6, 2025                    Respectfully submitted,

By:  */s/ Paul S. Beik*
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
T:  713-869-6975
F:  713-583-9169
E-mail: paul@beiklaw.com

**ATTORNEY FOR PLAINTIFF**