**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:23-cv-02556-X |
| | § | |
| WILLIAM MARSHALL, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DECLARATION OF PAUL S. BEIK IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT**

I, Paul S. Beik, declare as follows:

1.      I am over the age of 18 and am otherwise competent to make this declaration.  I am an attorney duly licensed and authorized to practice in the State of Texas and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") in the above-titled action.

2.      I make this Declaration in Support of Plaintiff's Motion for Default Judgment Against Defendant.  I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.      On November 17, 2023, Plaintiff filed its Complaint in this action.  ECF No. 1. Since the subscriber's identity was initially unknown to Plaintiff, Plaintiff moved for an order allowing it to serve a third-party subpoena so that it could obtain the name and address of the subscriber assigned IP address 173.175.202.234 from the Internet Service Provider ("ISP").  The Court granted this motion and pursuant to the issuance of a third-party subpoena, the ISP disclosed the subscriber's true identity to Plaintiff.  Plaintiff determined that Defendant was the infringer. In learning Defendant's true identity, Plaintiff discovered that Defendant's name and address was listed as the internet subscriber in other prior BitTorrent copyright infringement cases which Plaintiff filed in the Northern District of Texas. See *Strike 3 Holdings, LLC v. John Doe Subscriber*

*assigned IP address 70.124.157.216*; Civil Case No. 3:22-cv-01995-K (N.D.Tex., Sept. 8, 2022) and *Strike 3 Holdings, LLC v. John Doe Subscriber assigned IP address 173.175.203.141*; Civil Case No. 3:23-cv-02135-X (N.D.Tex., Sept. 25, 2023) (hereinafter collectively referred to as "Prior Cases"). In the Prior Cases, Spectrum revealed that the subscriber of the respective IP addresses was Defendant, William Marshall at 111 W Davis St Apt 2627 Dallas, TX 75208. In the Prior Cases, Defendant lived at the residence listed above during the respective period of infringement. ECF No. 16 at ¶¶ 64-69.

4.     On June 18, 2024, Plaintiff filed the First Amended Complaint. ECF No. 16.

5.     On July 25, 2024, Defendant, was served with a copy of the Summons and First Amended Complaint. On July 26, 2024, the Return of Service from the process server was filed with the Court. ECF No. 22.

6.     Defendant has failed to plead or otherwise defend Plaintiff's claims.

7.     Accordingly, on September 13, 2024, the Clerk's Entry of Default was entered on the docket. ECF No. 24.

8.     On information and belief, Defendant is not a minor, incompetent person, or in active military service. On December 13, 2024, a search for Defendant was conducted through the Defense Manpower Data Center, Service Members Civil Relief Act database. That search revealed no evidence that Defendant is in the military service. A true and correct copy of the December 13, 2024 certificate of non-military status from the Defense Manpower Data Center is attached hereto as **Exhibit A**.[1]

9.     Plaintiff incurred a $350 statutory filing fee, 28 U.S.C. § 1914(a), and a $52 administrative fee (totaling $402). *See* ECF No. 1 ("Receipt # ATXNDC-14182960"); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)

---

[1]     Pursuant to Fed. R. Civ. P. 5.2(a)(2), Defendant's month of birth and first six digits of Defendant's social security number are redacted in this document.

10.    Plaintiff has incurred costs in this case in the amount of $559.80, which includes a statutory filing fee of $402 and process server fee of $157.80.  This process service fee includes the cost of printing and serving all publicly-filed documents in the instance case on Defendant. A true and correct copy of the invoice associated with the process service fee is attached hereto as **Exhibit B**.  *See* ECF No. 1 ("Filing fee $402; receipt number ATXNDC-14182960").

11.    In seeking this default judgment, Plaintiff agrees to waive its reasonable attorneys' fees for prosecuting this case.  Plaintiff reserves the right to pursue such fees if Defendant appears in this action.

12.    Because Defendant refused to appear in this matter, Plaintiff was unable to confer with Defendant about the substance of this motion.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2025.

*Paul S. Beik*
Paul S. Beik